I agree with the main opinion that the Leemans failed to prove that the arbitration provision in the termite agreement was substantively unconscionable. I also agree with the main opinion that the Leemans failed to demonstrate procedural unconscionability in that (1) they did not provide this Court with sufficient information from which to determine whether the Leemans could have secured a termite-control agreement from another pest-control provider without considerable expenditure of time and money, and (2) they did not attempt to negotiate with Cook's Pest Control to remove the arbitration provision from the termite agreement. I write specially simply to note that, even had the Leemans successfully shown both that they could not have, without considerable expenditure of time and money, secured a termite-control agreement without an arbitration provision from another pest-control provider and that they unsuccessfully attempted to negotiate with Cook's Pest Control to have the arbitration provision removed from their contract, that showing, while necessary, would not have been sufficient to establish procedural unconscionability. See 8 Richard A. Lord, Willistonon Contracts § 18:10 (4th ed. 1998).